

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| CITY OF EL PASO, | § | No. 08-19-00200-CV |
| Appellant, | § | Appeal from the |
| v. | § | 384th District Court |
| RHONDA E. LUEBS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2018DCV2030) |
| | § | |

## **O R D E R**

The Court on its own motion VACATES the December 12, 2019 submission setting for the above styled and numbered cause pending a ruling on the Appellant's Motion to Dismiss Appeal for Mootness.

IT IS SO ORDERED this 6th day of December, 2019.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.